STATE OF OREGON,
*Respondent,*

*v.*

DAVID ANDREW JONES,
*Appellant.*

(90C-20365; CA A68211)

842 P2d 419

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, for petition.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reconsideration allowed; opinion withdrawn; convictions affirmed; remanded for resentencing. *State v. Haydon,* 113 Or App 205, 832 P2d 457, *on recon* 116 Or App 347, 842 P2d 410 (1992).